

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-16-00034-CR

_____

JASON THAD PAYNE, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 402nd District Court
Wood County, Texas
Trial Court No. 20,529-2008

Before Morriss, C.J., Moseley and Burgess, JJ.

# ORDER

Our review of the reporter's record in this case indicates that it contains "sensitive data" as that phrase is defined in Rule 9.10 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.10(a). Sensitive data includes "a birth date, a home address, and the name of any person who was a minor at the time the offense was committed." TEX. R. APP. P. 9.10(a)(3). Volume one and volumes three through thirteen of the reporter's record contain the name of a person who was a minor at the time the offense was committed. Rule 9.10(b) states, "Unless a court orders otherwise, an electronic or paper filing with the court, including the contents of any appendices, must not contain sensitive data." TEX. R. APP. P. 9.10(b).

Rule 9.10(g) provides, "A court may also order that a document be filed under seal in paper form or electronic form, without redaction." TEX. R. APP. P. 9.10(g). Therefore, because the reporter's record contains sensitive data, we order the clerk of this Court or her appointee, in accordance with Rule 9.10(g), to seal volume one and volumes three through thirteen of the electronically filed reporter's record in this case.

IT IS SO ORDERED.

BY THE COURT

Date: April 27, 2017